UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fernando Tello Mejia,                                    Civ. No. 24-1170 (PAM/DLM)

        Plaintiff,

v.                                                                          **ORDER**

Richard Muro and
City of Minneapolis,

        Defendants.

This matter is before the Court on Defendants Richard Muro and City of Minneapolis's Motion for Summary Judgment. (Docket No. 99.) For the following reasons, the Motion is granted.

Plaintiff Fernando Tello Mejia's response in opposition to the Motion was due on or before June 22, 2026. Because Plaintiff is pro se, the Court allowed him additional time to file a response. See D. Minn. L. R. 7.1(c)(2). However, Plaintiff has neither filed a substantive response to Defendants' Motion nor requested more time to do so. Instead, he filed a "Writ of Civil Action" seeking various subpoenas and making various factual claims, but failing to cite any record evidence in support. (Docket No. 106.) He also filed a document titled, "Request," in which he asks for eight subpoena forms and seeks the Court's permission to make his "initial discovery disclosure." (Docket No. 107.) The Court previously denied Mejia's requests for additional discovery. (Docket No. 104.)

Mejia utterly fails to demonstrate any material fact in dispute to oppose summary judgment, and he falls far short of demonstrating he could not present the necessary facts

to oppose the Motion.  See Fed. R. Civ. P. 56(a), (d).  Defendants are entitled to judgment as a matter of law.

Accordingly, **IT IS HEREBY ORDERED that:**

1. Defendants' unopposed Motion for Summary Judgment (Docket No. 99) is **GRANTED**; and

2. Plaintiff's claims are **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 17, 2026

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge

2