UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fernando Tello Mejia, Civ. No. 24-1170 (PAM/DLM)

Plaintiff,

v. **ORDER**

Richard Muro and
City of Minneapolis,

Defendants.

---

This matter is before the Court on Plaintiff's Application to Proceed In Forma Pauperis on Appeal. (Docket No. 114.) Under 28 U.S.C. § 1915, this Court may authorize a party to proceed without prepayment of fees, costs, or security, on the affidavit of a party testifying that he is unable to pay such costs, describing the nature of the appeal and his belief that he is entitled to redress. The Court has reviewed Plaintiff's application and finds that he financially qualifies for in forma pauperis ("IFP") status.

However, the Court will deny IFP status if it finds that the appeal is not "taken in good faith." Id. § 1915(a)(3). Good faith is judged objectively; an appeal is not taken in good faith when it is "factually or legally frivolous." Crawford v. State of Minn., Civ. No. 04-2822, 2005 WL 1843329, at *1 (D. Minn. Aug. 2, 2005) (Tunheim, J.). Here, the Court cannot conclude that this appeal is taken in good faith. See Fed. R. App. P. 24(a)(3)(A). The Court dismissed this matter and granted Defendants' summary judgment motion because Plaintiff "utterly fail[ed] to demonstrate any material fact in dispute to oppose summary judgment, and he f[ell] far short of demonstrating that he could not present the

necessary facts to oppose the Motion." (Docket No. 110.) Any appeal would be "frivolous . . . lack[ing] an arguable basis in either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989).

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Application to Proceed In Forma Pauperis on Appeal (Docket No. 114) is **DENIED**.

Dated: September 29, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge